■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TERMELL ROBINSON, Appellant. [932 NYS2d 735]—

In satisfaction of a three-count indictment, defendant pleaded guilty to criminal possession of a weapon in the second degree and waived his right to appeal. He was thereafter sentenced, in accordance with the plea agreement, to seven years in prison to be followed by five years of postrelease supervision. Defendant appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Based upon our review of the record and counsel's brief, we agree. Therefore, the judgment is affirmed and counsel's request for leave to withdraw is granted (*see People v Cruwys*, 113 AD2d 979 [1985], *lv denied* 67 NY2d 650 [1986]; *see generally People v Stokes*, 95 NY2d 633 [2001]).

Mercure, J.P., Peters, Lahtinen, Malone Jr. and McCarthy, JJ., concur. Ordered that the judgment is affirmed, and application to be relieved of assignment granted.